# JULY TERM, 1915.

### PRESENT:

Hon. WILLIAM A. JOHNSTON, Chief Justice.
Hon. ROUSSEAU A. BURCH,
Hon. HENRY F. MASON,
Hon. SILAS W. PORTER,
Hon. JUDSON S. WEST,          } Justices.
Hon. JOHN MARSHALL,
Hon. JOHN S. DAWSON,

· No. 18,691.

THE STATE OF KANSAS, ex rel. DORA J. RUSSELL, *Appellee*, v.
GEORGE T. WILLIAMS, *Appellant*.

Appeal from Harvey district court; CHARLES E. BRANINE,
judge. Opinion on rehearing filed July 10, 1915. Reaffirmed.
(For original opinion see 92 Kan. 527, 150 Pac. 225.)

*S. B. Amidon, Jean Madalene, R. L. Holmes, C. G. Yankey,*
and *W. E. Holmes,* all of Wichita, for the appellant.

*S. M. Brewster,* attorney-general, *L. C. Kelley,* county attor-
ney, *Ezra Branine,* and *Harry W. Hart,* both of Newton, for
the appellee.

#### OPINION ON REHEARING.

The opinion of the court was delivered by

MASON, J.: In the decision affirming the judgment in this
case (*The State, ex rel., v. Williams,* 92 Kan. 527, 150 Pac. 225)
it was held that no error was committed in the admission of
certain testimony, which was objected to under the rule ex-
cluding evidence of offers of compromise. A rehearing was
granted with respect to that question. Upon full consideration
of the further argument the original decision is adhered to, for
the additional reason that even if the testimony were incom-

petent, the likelihood of its having affected the verdict is so remote that the judgment ought not to be reversed on that account.

DAWSON, J., not sitting.

